United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE DAVID V. WILLIAMS, | Case No. 24-cv-08715 BLF (PR) |
|---|---|
| Plaintiff. | **JUDGMENT** |

The Court has dismissed the instant civil rights action for failure to file a complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _January 30, 2025___

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.24\08715Williams_judgment