UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE DAVID V. WILLIAMS, | Case No. 24-cv-08715 BLF (PR) |
|---|---|
| Plaintiff. | **ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL** |
| | (Docket Nos. 14, 15) |

On January 30, 2025, the Court dismissed the instant civil rights action for failure to file a complaint and pay the filing fee; judgment was entered the same day. Dkt. Nos. 11, 12. His motion for appointment of counsel was denied as moot. Dkt. No. 11.

Plaintiff recently filed two motions for appointment of counsel. Dkt. Nos. 14, 15. The motions are DENIED as this matter is closed. Plaintiff may proceed to appeal this matter in the Ninth Circuit Court of Appeals.

This order terminates Docket Nos. 14 and 15.

**IT IS SO ORDERED.**

Dated: __February 14, 2025__

BETH LABSON FREEMAN
United States District Judge

Order Denying Mots. For Appt. of Counsel
PRO-SE\BLF\CR.24\08715Williams_judgment